IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CR3103 |
| | ) | |
| V. | ) | |
| | ) | |
| KENNETH R. CALDWELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's motion for copies (filing 46) is granted in part and denied in part.  The Clerk of Court shall send a copy of the judgment and committal order to the defendant's sister free of charge.  Otherwise, the defendant's motion for copies is denied.

DATED this 2nd day of September, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge